AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America )<br>v. )<br>Carla Perez-Arguelles )<br> )<br> )<br> )<br> )<br>_____ )<br>*Defendant(s)* | Case No. 8:26-mj-2343-AAS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 21, 2026 _____ in the county of _____ Polk _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(b)(1) | Illegal Re-Entry by Deported Alien |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Javier Martinez, Deportation Officer, ICE-REO
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: June 30, 2026

_____
*Judge's signature*

City and state: _____ Tampa, Florida _____

AMANDA ARNOLD SANSONE, U.S Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Javier Martinez, being duly sworn, hereby depose and state as follows:

1.    I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), currently assigned to the Tampa, Florida Criminal Prosecutions Unit. I have been employed as a federal law enforcement officer since 2020. I have been employed with the Department of Homeland Security since January 2023.

2.    As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of removable aliens in accordance with these laws. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3.    I submit this Affidavit in support of a criminal complaint charging Carla PEREZ-ARGUELLES ("**PEREZ-ARGUELLES**"), a native and citizen of Mexico, with being an alien found in the United States without permission after removal, in violation of 8 U.S.C. § 1326(b)(1). The statements contained in this affidavit are based on my personal knowledge and experience, and reliable information from other law enforcement officers and computer databases. Because of the limited purpose of this affidavit, I have not included every fact known to me. Rather, I have included only those facts necessary to establish probable cause supporting the requested complaint.

## PROBABLE CAUSE

1.      On or about April 21, 2026, **PEREZ-ARGUELLES** was arrested by deputies from the Polk County Sheriff's Office for operating a motor vehicle without a valid driver's license.  **PEREZ-ARGUELLES**'s fingerprints and biometrics were collected at the Polk County Jail and shared with ICE Officers.

2.      On or about April 21, 2026, Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) agents found **PEREZ-ARGUELLES** at the Polk County Jail, which is in the Middle District of Florida.

3.      I performed an immigration records check using the Central Index System, fingerprints and biometrics, and reviewed some of the documents contained within **PEREZ-ARGUELLES**'s Alien File ("A-File"). Upon reviewing these sources, I determined that **PEREZ-ARGUELLES** is a native and citizen of Mexico. ICE officers placed a detainer on **PEREZ-ARGUELLES**.

4.      According to her A-file, **PEREZ-ARGUELLES** entered the United States unlawfully and was arrested by ICE Tampa on or about August 23, 2017. On that day, **PEREZ-ARGUELLES** was served with form I-862 (Notice to Appear before an Immigration Judge).

5.      On or about August 27, 2018, **PEREZ-ARGUELLES** was convicted in the Tenth Judicial Circuit Court, in and for Polk County, Florida for the felony offenses of Burglary of a Structure Conveyance unarmed and Grand Theft, in violation of Florida State Statutes 810.02 (burglary) and 812.014 (grand theft). For

2

these offenses **PEREZ-ARGUELLES** was sentenced to six months of incarceration followed by three years of probation.

6.     On or about January 3, 2019, an Immigration Judge in Miami, Florida Granted **PEREZ-ARGUELLES** a voluntary departure and she was removed from the United States on or about January 10, 2019.

7.     On or about July 26, 2024, **PEREZ-ARGUELLES**, after re-entering the United States unlawfully, was arrested by the United States Border Patrol in Del Rio, Texas. Following the arrest, **PEREZ-ARGUELLES**'s fingerprints and biographical information were taken and submitted through the Department of Homeland Security biometric identification database.

8.     On or about July 26, 2024, **PEREZ-ARGUELLES** was served with form I-860 (Notice and Order of Expedited Removal) and removed from the United States on foot from Del Rio, Texas.

9.     On or about November 20, 2024, **PEREZ-ARGUELLES**, again after re-entering the United States unlawfully, was arrested by the United States Border Patrol in Brownsville, Texas. Following the arrest, **PEREZ-ARGUELLES**'s fingerprints and biographical information were taken and submitted through the Department of Homeland Security biometric identification database.

10.     On or about November 20, 2024, **PEREZ-ARGUELLES** was served with form I-871 (Notice of Intent /Decision to Reinstate Prior Order) and removed from the United States on foot from Hildago, Texas.

11.    **PEREZ-ARGUELLES**'s fingerprints and biographical information were collected from her arrest at the Polk County Jail and submitted through the Department of Homeland Security biometric identification database and compared with those taken prior to her removals from the United States. The database indicates that the fingerprints are from the same person.

12.    ICE ERO is not aware of any evidence indicating that **PEREZ-ARGUELLES** did not reenter the United States voluntarily.

13.    No information exists, either in the A-File or the computer databases, showing that **PEREZ-ARGUELLES** has received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to either reenter the United States after having been previously removed or to reapply for admission to the United States after having been previously removed.

## CONCLUSION

14.    Based on the foregoing information, I respectfully submit that probable cause exists to believe that **PEREZ-ARGUELLES** has violated of 8 U.S.C. § 1326(b)(1) (Illegal Reentry into the United States); and is an alien found in the United States without permission after removal, in violation of 8 U.S.C. § 1326(b)(1).

Javier Martinez
Deportation Officer
ICE-ERO

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this 30 day of June 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge