JUL 1 2026 PM 3:42
FILED - USDC - FLMD - TPA

RECEIVED U.S. MARSHALS
2026 JUL 1 AM 10:05

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:26-mj-2343-AAS |
| Carla Perez-Arguelles | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Carla Perez-Arguelles                              ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment       ❒ Superseding Indictment       ❒ Information       ❒ Superseding Information       ☑ Complaint
❒ Probation Violation Petition       ❒ Supervised Release Violation Petition       ❒ Violation Notice       ❒ Order of the Court

This offense is briefly described as follows:

Illegal Re-Entry by Deported Alien.
In Violation of:  8 U.S.C. § 1326(b)(1).

Date:  June 30, 2026                                          _Amanda Arnold Sansone_
                                                             *Issuing officer's signature*

City and state:          Tampa, Florida                   AMANDA ARNOLD SANSONE, U.S. Magistrate Judge
                                                             *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/1/26 , and the person was arrested on *(date)* 6/25/26 at *(city and state)* Tampa, FL . Date: 7/1/26        _Omar Otero_ *Arresting officer's signature* O. Otero   D.O *Printed name and title* |