# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 8:26-mj-2343-AAS

CARLA PEREZ-ARGUELLES

_____/

## NOTICE OF APPEARANCE
## AND SUBSTITUTION OF COUNSEL

The Office of the Federal Defender has been appointed by the Court to

represent Defendant Carla Perez-Arguelles in the above-styled cause.

The Clerk is requested to enter the appearance of Assistant Federal Public

Defender Jaclyn Isaacs-Bacallao as counsel for the Defendant.

The Clerk also is requested to withdraw the name of Attorney Ryan J.

Maguire, as notice counsel for the Defendant.

DATED this 7th day of July, 2026.

CHARLES L. PRITCHARD, Jr.
FEDERAL PUBLIC DEFENDER
*/s/ Jaclyn Isaacs-Bacallao*
Jaclyn Isaacs-Bacallao
Assistant Federal Public Defender
Florida Bar No. 0085991
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Jaclyn_Isaacs@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2026, a true and correct copy of the

foregoing was furnished using the CM/ECF system with the Clerk of the Court,

which will send notice of the electronic filing to the following:

AUSA Erik W. Daab

/s/ Jaclyn Isaacs-Bacallao
Jaclyn Isaacs-Bacallao
Assistant Federal Public Defender